ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON✦PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY LEE STONE,<br><br>   Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY,<br>*et al.*,<br><br>   Defendants. | Case No. 3:09-cv-00365-CRB<br><br>**DISMISSAL OF CLAIMS FOR ASBESTOS EXPOSURE OCCURRING ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT GENERAL ELECTRIC COMPANY, WITH PREJUDICE; ORDER** |

Plaintiff hereby dismisses all allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to GENERAL ELECTRIC COMPANY and hereby amends his or her complaint(s) accordingly.

///
///
///
///
///
///
///

```
Dated: August 1, 2013                 BRAYTON❖PURCELL LLP



                                      By: s/ David R. Donadio
                                          DAVID R. DONADIO, ESQ., S.B. #154436
                                          Email: DDonadio@braytonlaw.com
                                          Tel: (415) 898-1555
                                          Fax: (415) 898-1247
                                          Attorneys for Plaintiff



Dated:   8/2/13                       WALSWORTH FRANKLIN BEVINS &
                                      MCCALL LLP



                                      By:
                                          DEREK S. JOHONSON, ESQ., S.B. #220988
                                          Attorneys for Defendant
                                          GENERAL ELECTRIC COMPANY




Dated: August 19, 2013                SO ORDERED

                                      IT IS SO ORDERED
                                      Judge Charles R. Breyer
                                      United States District Court
                                      Northern District of California
```

2
DISMISSAL OF CLAIMS FOR ASBESTOS EXPOSURE OCCURRING ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT GENERAL ELECTRIC COMPANY, WITH PREJUDICE; ORDER